Hill vs. Mott.

*W. B. Hill, plaintiff in error, vs. John Mott, defendant in error.

It is not a good ground of an *affidavit of illegality* to an execution that the judgment on which the execution is founded is irregular, in this, that whilst the suit was against an indorser, the judgment fails to describe him as such indorser.

McCay, Judge.

William H. & E. E. Crocker, executors, plaintiffs in error, vs. James J. Green, defendant in error.

A promissory note had a condition in the body of it that the maker should be entitled to interest on any payments he might make before the note became due :

*Held*, that this was in effect a stipulation that he might pay the note before it was due, and a plea that the money was so tendered is a good plea of tender so as that the plaintiff cannot recover interest.

McCay, Judge.

Macon and Western Railroad Company, plaintiff in error, vs. William L. Knott, defendant in error.

Under the evidence as set forth in the record in this case, there was no abuse of the discretion of the court below in granting a new trial.

McCay, Judge.

Nathaniel H. Goss, plaintiff in error, vs. Pierce Roberts, defendant in error.

This case is precisely like the case of *Adams vs. Davis*, reported in 47 *Georgia*, 340, and the two cases of *Macon and Augusta Railroad Company vs.*

* No reports or opinions are published in this and the following cases, in accordance with the provisions of act of March 2d, 1875.